**Order entered January 16, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01486-CR
No. 05-13-01487-CR

**KENNETH RAY TURNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-51238-H, F13-51239-H**

## ORDER

The Court **REINSTATES** the appeals.

On December 17, 2013, we ordered the trial court to make findings regarding why the clerk's records had not been filed. On January 14, 2014, we received the clerk's records. Therefore, in the interest of expediting the appeals, we **VACATE** the December 17, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/     DAVID EVANS
        JUSTICE